# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, A.C. RUGH, M.M. PETTIT**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### PATRICIA D. MARTINEZ
### ELECTRICIAN'S MATE THIRD CLASS (E-4), U.S. NAVY

### NMCCA 201600069
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 8 December 2015.
**Military Judge:** CAPT Ann K. Minami, JAGC, USN.
**Convening Authority:** Commander, Navy Region Northwest, Silverdale, WA.
**Staff Judge Advocate's Recommendation:** LCDR E.K. Westbrook, II, JAGC, USN.
**For Appellant:** CDR Chris Tucker, JAGC, USN.
**For Appellee:** Brian Keller, Esq.

### 28 July 2016

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court